IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 14-2354 JB |
| ) | |
| **KEVIN FOLSE a.k.a. "Criminal,"** ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' WITNESS LIST

The following <u>potential</u> witnesses may[1] be called by the United States for its case-in-chief. The United States does not know every possible rebuttal witness, so no such disclosure is made herein. However, the United States reserves its right to call any rebuttal witness deemed necessary and proper under the circumstances.

1. Kalon Fancher, FBI Special Agent

2. Luke Miller, FBI Special Agent

3. Lennie Johnson, FBI Special Agent

4. Doug Dixon, FBI Special Agent

5. Lance Roundy, FBI Special Agent

6. Eugene Etheredge, FBI Task Force Officer

7. Ryan Nelson, FBI Task Force Officer

8. Anthony A. Allen, FBI Task Force Officer

---

[1] The government is making every effort to limit its witnesses in order to more efficiently present this case. Some of the witnesses listed herein may not be called as witnesses at all.

9. Sergio Muñoz, Las Cruces Metro Narcotics Task Force Officer

10. Steve DeBerry, Security Threat Intelligence Unit Officer, CNMCF

11. Shea Schleman, Forensic Scientist, Metropolitan Forensic Science Center

12. Karen M Hall, Forensic Chemist, DEA

13. Nancy Valladares, Spanish Linguist, United States Attorney's Office – DNM

14. Custodian of Records, Central New Mexico Correctional Facility, Los Lunas, NM

15. Custodian of Records, Walmart

16. Custodian of Records, AT&T

Respectfully submitted,

RICHARD DURBIN
First Assistant United States Attorney
Western District of Texas

*Electronically filed on 1/6/2015*

Samuel A. Hurtado
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM  87103
(505) 224-1537

### CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I filed the foregoing document electronically through the CM/ECF system.   Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

/s/
Samuel A. Hurtado
Assistant United States Attorney